# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

| | |
|---|---|
| CAMERON GETTY,<br><br>    Plaintiff,<br><br>    v.<br><br>Acting Commissioner of the Social Security Administration,<br><br>    Defendant. | Civil No. 3:21-cv-353-YY<br><br>ORDER FOR ATTORNEY FEES PURSUANT TO 42 U.S.C. § 406(b) |

After considering Plaintiff's unopposed motion and supporting documents, it is hereby ORDERED that attorney's fees in the amount of $9,490.66 be awarded to Dellert Baird Law Offices, PLLC, pursuant to 42 U.S.C. § 406(b). This amount offsets the previously awarded EAJA fee, so no further offset shall be applied.

IT IS SO ORDERED.

DATED this 28th day of April, 2023.

                                              /s/ Youlee Yim You
                                      UNITED STATES MAGISTRATE JUDGE

1

Presented by:

2

Jeffrey H. Baird
3  Dellert Baird Law Offices, PLLC
2825 NE Brazee St.
4  Portland, OR   97212
Telephone:  (206) 937-4112
5  FAX:  (360) 824-9371
jeffreyhbaird@comcast.net

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Page 2     ORDER
           [3:21-CV-353-YY]